## Mason Unemployment Compensation Case.

Argued September 11, 1969. *Pauline Mason,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Melia Unemployment Compensation Case.

Argued September 11, 1969. *Judith K. Melia,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Rounick, Appellant, *v.* Sowa.

Argued September 9, 1969. *Jack A. Rounick,* with him *Moss, Rounick and Hurowitz,* for appellant; *Michael R. Bradley,* for appellee.

Order and decree affirmed.